ALFRED CREW, APPELLANT, v. THOMAS TRAINOR ET AL., RESPONDENTS.

Argued June 24, 1918—Decided October 11, 1918.

On appeal from the Supreme Court, whose opinion is reported in 91 *N. J. L.* 87.

For the appellant, *Kellogg & Chance.*

For the respondents, *Jacob Willard De Yoe.*

PER CURIAM.

The judgment under review herein should be affirmed, for the reasons expressed in the opinion delivered by Mr. Justice Bergen in the Supreme Court.

*For affirmance* — THE CHANCELLOR, CHIEF JUSTICE, SWAYZE, TRENCHARD, MINTURN, KALISCH, WHITE, HEPPENHEIMER, WILLIAMS, TAYLOR, GARDNER, JJ.   11.

*For reversal*—None.